1  Nikki L. Wilson (SBN 218744)
   Shiva Anari (SBN 314649)
2  JACKSON LEWIS P.C.
   200 Spectrum Center Drive, Suite 500
3  Irvine, California  92618
   Telephone:  (949) 885-1360
4  Facsimile:  (949) 885-1380
   Email:      Nikki.Wilson@jacksonlewis.com
5              Shiva.Anari@jacksonlewis.com

6  Attorneys for Defendants
   FXI, INC. and FXI HOLDINGS INC.
7

8

9          **UNITED STATES DISTRICT COURT**

10         **CENTRAL DISTRICT OF CALIFORNIA**

11

12  KELVIN CRISOSTOMO, an individual,    | **CASE NO.:  8:22-cv-1025**

13                      Plaintiff,

14      vs.                              | **DEFENDANTS FXI, INC. AND FXI
                                           HOLDINGS, INC.'S NOTICE OF
15  FXI, INC., a corporation; FXI,         RELATED CASES**
    HOLDINGS INC., an entity of unknown
16  form; and DOES 1 through 20, inclusive,

17                      Defendants.      | Complaint Filed
                                           in Superior Court: April 5, 2022
18
                                           Trial Date:      None Set
19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF KELVIN CRISOSTOMO AND HIS ATTORNEYS OF RECORD**:

**NOTICE IS HEREBY GIVEN** that, pursuant to United States Central District Local Rule 83-1.3.1, Defendants FXI, INC. and FXI HOLDINGS INC. (collectively "Defendants") are unaware of any action previously filed or currently pending in the Central District that calls for determination of the same or substantially identical questions of law and fact and/or is likely for other reasons to entail substantial duplication of labor if heard by different judges.

DATED: May 19, 2022          JACKSON LEWIS P.C.

By: _____
    Nikki L. Wilson
    Shiva Anari

    Attorneys for Defendants
    FXI, INC. and FXI HOLDINGS, INC.

4866-2713-7566, v. 1