Nikki L. Wilson (SBN 218744)
Shiva Anari (SBN 314649)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, California 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email: Nikki.Wilson@jacksonlewis.com
 Shiva.Anari@jacksonlewis.com

Attorneys for Defendants
FXI, INC. and FXI HOLDINGS INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN CRISOSTOMO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FXI, INC., a corporation; FXI, HOLDINGS INC., an entity of unknown form; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 8:22-cv-1025<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446**<br><br>*[Filed concurrently with Notice; Declaration of Nikki Wilson; Declaration of Daniel Condrasky; Corporate Disclosure Statement; Notice of Interested Parties; Notice of Related Cases; Judicial Notice; and Civil Cover Sheet]*<br><br>Complaint Filed<br>in Superior Court: April 5, 2022<br><br>Trial Date: None Set |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Evidence 201, Defendant FXI, INC. and FXI HOLDINGS INC. (collectively "Defendants") request that this Court take judicial notice of certain judicial documents in the public record in support of Defendants' Notice of Removal of Action.

Courts may take judicial notice of court filings and other matters of public record. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). Accordingly, Defendants request this Court take judicial notice of the following documents cited in the Declaration of Daniel Condrasky:

1. **Exhibit A**: A true and correct copy of the printout from the California Business Portal indicating FXI's state of organization and principal place of business. These documents can be accessed online at: https://businesssearch.sos.ca.gov/CBS/Detail.

2. **Exhibit B:** A true and correct copy of the Delaware Division of Corporation entity details of FXI Holdings' incorporation and registered agent information. These records can also be accessed online at: https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx.

DATED: May 19, 2022   JACKSON LEWIS P.C.

By: _____
Nikki L. Wilson
Shiva Anari

Attorneys for Defendants
FXI, INC. and FXI HOLDINGS, INC.

4866-3235-9966, v. 1

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

# EXHIBIT A

21-029178



# Secretary of State
# Statement of Information
(California Stock, Agricultural Cooperative and Foreign Corporations)

**SI-550**

**3**

**FILED**
Secretary of State
State of California

SEP 03 2021

**IMPORTANT** — Read instructions before completing this form. Fees (Filing plus Disclosure) – $25.00;

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

*This Space For Office Use Only*

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

FXI, Inc.

**2. 7-Digit Secretary of State Entity Number**

C3216199

**3. Business Addresses**

| a. Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 100 Matsonford Road, 5 Radnor Corporate Center, Ste. 300 | Radnor | PA | 190874560 |
| b. Mailing Address of Corporation, if different than item 3a | City (no abbreviations) | State | Zip Code |
|  |  |  |  |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|  |  | CA |  |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/ First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Harold | J | Earley |  |
| Address | City (no abbreviations) | State | Zip Code |
| 100 Matsonford Road, 5 Radnor Corporate Center, Ste. 300 | Radnor | PA | 190874560 |
| b. Secretary First Name | Middle Name | Last Name | Suffix |
| Tony |  | Lee |  |
| Address | City (no abbreviations) | State | Zip Code |
| 100 Matsonford Road, 5 Radnor Corporate Center, Ste. 300 | Radnor | PA | 190874560 |
| c. Chief Financial Officer/ First Name | Middle Name | Last Name | Suffix |
| John |  | Granato |  |
| Address | City (no abbreviations) | State | Zip Code |
| 100 Matsonford Road, 5 Radnor Corporate Center, Ste. 300 | Radnor | PA | 190874560 |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: **Item 5a:** At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Harold | J | Earley |  |
| Address | City (no abbreviations) | State | Zip Code |
| 100 Matsonford Road, 5 Radnor Corporate Center, Ste. 300 | Radnor | PA | 190874560 |

b. Number of Vacancies on the Board of Directors, if any

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
|  |  |  |  |
| b. Street Address (if agent is not a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|  |  | CA |  |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

CT Corporate System (C 0168406)

**7. Type of Business**

Describe the type of business or services of the Corporation

Manufacturer of polyurethane foams

**8. The Information contained herein, including in any attachments, is true and correct.**

| 9/2/2021 | John Granato | EVP and CO | [signature] John Granato |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 12/2020)

2020 California Secretary of State
bizfile.sos.ca.gov

# EXHIBIT B

Delaware.gov
Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 4654514 | Incorporation Date / Formation Date: | 2/11/2009 (mm/dd/yyyy) |
| Entity Name: | FXI HOLDINGS, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]     [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov