```
 1  Nikki L. Wilson (SBN 218744)
    Shiva Anari (SBN 314649)
 2  JACKSON LEWIS P.C.
    200 Spectrum Center Drive, Suite 500
 3  Irvine, California 92618
    Telephone: (949) 885-1360
 4  Facsimile: (949) 885-1380
    Email:     Nikki.Wilson@jacksonlewis.com
 5             Shiva.Anari@jacksonlewis.com

 6  Attorneys for Defendants
    FXI, INC. and FXI HOLDINGS INC.
 7
 8
                      UNITED STATES DISTRICT COURT
 9
                     CENTRAL DISTRICT OF CALIFORNIA
10
11
12  KELVIN CRISOSTOMO, an individual,      CASE NO.: 8:22-cv-1025
13                   Plaintiff,
                                           DECLARATION OF DANIEL
14        vs.                              CONDRAKSY IN SUPPORT OF
                                           DEFENDANTS FXI, INC. AND FXI
15  FXI, INC., a corporation; FXI,         HOLDINGS INC.'S REMOVAL OF
    HOLDINGS INC., an entity of unknown    ACTION TO DISTRICT COURT
16  form; and DOES 1 through 20, inclusive,
17                   Defendants.           [Filed concurrently with Notice;
                                           Declaration of Nikki Wilson; Corporate
18                                         Disclosure Statement; Notice of Interested
                                           Parties; Notice of Related Cases; Judicial
19                                         Notice; and Civil Cover Sheet]
20
21                                         Complaint Filed
22                                         in Superior Court: April 5, 2022

                                           Trial Date:       None Set
23
```

Case No.      DECLARATION OF DANIEL CONDRASKY IN SUPPORT OF DEFENDANTS FXI, INC. AND FXI HOLDINGS INC.'S REMOVAL OF ACTION TO DISTRICT COURT

# DECLARATION OF DANIEL CONDRASKY

I, Daniel Condrasky, declare and state as follows:

1.    The following is based on my personal knowledge. If called as a witness, I could and would competently testify to the facts contained herein. I submit this Declaration in support of FXI, Inc. ("FXI") and FXI Holdings, Inc. ("FXI Holdings") (hereinafter collectively "Defendants") Notice of Removal.

2.    I am currently the Chief Accounting Officer for FXI and have held this position since March 2021. I have been employed by FXI since September 25, 2013. In my role as Chief Accounting Officer, I have personal knowledge regarding FXI's corporate status and have access to FXI's business records which FXI maintains in the ordinary course of business. These records include records related to FXI's corporate status and records related to FXI's parent company, FXI Holdings and its corporate status. I have previously reviewed these records.

3.    FXI was duly created and organized under the laws of State of Delaware on June 30, 2009. Since that date, including on the date of the filing of the Complaint, FXI has maintained the same corporate status. As of the date of this Notice of Removal, FXI's status remains the same.

4.    FXI Holdings was duly created and organized under the laws of State of Delaware on February 11, 2009. Since that date, including on the date of the filing of the Complaint, FXI Holdings has maintained the same corporate status. As of the date of this Notice of Removal, FXI Holdings' status remains the same.

5.    FXI's principal place of business and headquarters is located in Radnor, Pennsylvania. FXI's corporate offices are, and were at the time of the filing of the Complaint, located at 100 Matsonford Road, 5 Radnor Corporate Center, Suite 300, Radnor, Pennsylvania, 19087. FXI does business throughout the United States, but it controls its nationwide operations from its Pennsylvania headquarters. FXI operates 29 plants and/or facilities throughout the United States, excluding its headquarters in

1

| Case No. | DECLARATION OF DANIEL CONDRASKY IN SUPPORT OF DEFENDANTS FXI, INC. AND FXI HOLDINGS INC.'S REMOVAL OF ACTION TO DISTRICT COURT |

Pennsylvania. Two of those facilities are in California. The two California facilities are manufacturing facilities only and no executive level function of FXI occurs in California. FXI's corporate officers, based out of Radnor, Pennsylvania, direct, control, and coordinate FXI's services and overall business operations for its locations throughout the United States. FXI's corporate officers are not based out of and do not engage in primary, fundamental operations in California.

6. FXI Holdings is FXI's corporate parent. FXI Holdings' principal place of business and corporate headquarters is located in Radnor, Pennsylvania. FXI Holdings' main office and management functions are concentrated in the Commonwealth of Pennsylvania and FXI Holdings' high level officers direct, control, and coordinate FXI Holdings' activities from that location. Most executive-level meetings and related company business takes place in Pennsylvania. FXI Holdings does not maintain its own office in California and is not registered to do business in California. FXI Holdings does not have any employees. FXI Holdings has only a board of directors and officers.

7. In connection with my role as Chief Accounting Officer, I have access to personnel information for FXI's employees. I have reviewed personnel information regarding Plaintiff Kelvin Crisostomo. I am aware that Plaintiff Kelvin Crisostomo is a former employee and worked at the FXI's location in Orange County, California. At the time his employment ended, Plaintiff earned an hourly rate of $29.93.

8. I have reviewed a printout from the California Business Portal indicating FXI's state of organization and principal place of business. I accessed these records online at: https://bizfileonline.sos.ca.gov/search/business. Based on my personal knowledge, these records are an accurate representation of FXI's corporate filing information and FXI's corporate status. Filed herewith as Exhibit "A" to Defendants' Request for Judicial Notice ("RJN") is a true and correct copy of the printout from the California Business Portal indicating FXI's state of organization and principal place of business that I reviewed.

| Case No. | DECLARATION OF DANIEL CONDRASKY IN SUPPORT OF DEFENDANTS FXI, INC. AND FXI HOLDINGS INC.'S REMOVAL OF ACTION TO DISTRICT COURT |
|---|---|

9. Filed herewith as Exhibit "B" to Defendants' RJN is a true and correct copy of the Delaware Division of Corporation entity details of FXI Holdings' incorporation and registered agent information. I accessed these records online at: https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx.

10. I swear under penalty of perjury under the laws of the United States and California that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 19, 2022

_____
DANIEL CONDRASKY

4880-2119-9134, v. 1

---

Case No.    DECLARATION OF DANIEL CONDRASKY IN SUPPORT OF DEFENDANTS FXI, INC. AND FXI HOLDINGS INC.'S REMOVAL OF ACTION TO DISTRICT COURT